UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MKITARYAN GAIK,<br><br>   Petitioner,<br><br>v.<br><br>WILLIAM P. BARR, et al.,<br><br>   Respondents. | No. 5:19-CV-02214-PSG (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition (Dkt. 6, "Petition"), the Return to Petition (Dkt. 10), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 12). No party filed timely objections to the Report and Recommendation or sought additional time in which to do so. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice.

Dated: 4/30/2020

PHILIP S. GUTIERREZ
United States District Judge