JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MKITARYAN GAIK,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM P. BARR, et al.,<br><br>    Respondents. | No. 5:19-CV-02214-PSG (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

Dated: 4/30/2020

PHILIP S. GUTIERREZ
United States District Judge